[Nos. 18354-4-II; 18669-1-II.   Division Two.   August 23, 1996.]

*In the Matter of the Guardianship and Custody of* NICOLE VOLLENDORFF.

*In the Matter of the Custody of* NICOLE VOLLENDORFF.

CAROLYN VOLLENDORFF, *Respondent*, v. HEIDI VOLLENDORFF, *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, No. 93-3-01070-3, Wm. Thomas McPhee, J., entered June 13, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 18416-8-II.   Division Two.   August 23, 1996.]

HILLHAVEN PROPERTIES LIMITED, *Appellant*, v. SELLEN CONSTRUCTION CO., INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-11357-8, Terry D. Sebring, J., entered June 13, 1994. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18461-3-II.   Division Two.   August 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARON K. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00947-8, Leonard W. Kruse, J., entered July 20, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ.